IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AHMED ABDI HASSAN JR. | **INFORMATION**<br><br>Case No. 3:24-cr-11<br><br>Violations: 18 U.S.C. §§ 1512(a)(2)(A), 1512(a)(2)(C), 1512(k), and 2 |

**Conspiracy to Tamper with a Witness**

The United States Attorney Charges:

From in or about January 2023, in the District of North Dakota,

AHMED ABDI HASSAN JR.

did knowingly and intentionally combine, conspire, confederate, and agree together and with others, both known and unknown to the grand jury, to use physical force or the threat of physical force with intent to: (1) influence, delay, or prevent the witness from testifying in an official proceeding, namely, a federal grand jury and trial, and (2) hinder, delay, or prevent the witness from communicating to law enforcement about a possible federal criminal offense, in violation of Title 18, United States Code, Sections 1512(a)(2)(A), 1512(a)(2)(C), and 2.

Overt Acts

In furtherance of this conspiracy and to effect and accomplish the objects of it, one or more of the conspirators committed the following overt acts:

1. JESSE JAMES BURNETT received discovery materials related to the joint state and federal investigation into marijuana trafficking and the murder of Santino Marial that occurred on August 28, 2020, in Fargo, North Dakota;

2. Co-conspirators disseminated the discovery materials and planned to assault a witness cooperating with the investigation who had implicated JESSE JAMES BURNETT in the murder of Santino Marial;

3. On January 14, 2023, co-conspirator DANIEL SAYDEE CISSE assaulted the witness in the Cass County Jail in Fargo, North Dakota, by punching, kicking, and stabbing him with a pencil;

4. It was further a part of said conspiracy that the purpose of the assault was to influence, delay, or prevent the witness from testifying in court; and

5. It was further a part of said conspiracy that the purpose of the assault was to hinder, delay, or prevent the witness from communicating to law enforcement about a possible federal criminal offense;

In violation of Title 18, United States Code, Section 1512(k), and Pinkerton v. United States, 328 U.S. 640 (1946).

_____
MAC SCHNEIDER
United States Attorney

CCM/tl