IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AHMED ABDI HASSAN,<br><br>Defendant. | Case No. 3:24-cr-011<br><br>**UNITED STATES' MOTION TO CONTINUE SENTENCING** |

The United States of America, by Jennifer Klemetsrud Puhl, Acting United States Attorney for the District of North Dakota, and Matthew P. Kopp, Assistant United States Attorney, moves to continue the sentencing hearing currently scheduled for 11:00 a.m. on September 4, 2025.

The parties need additional time to resolve issues relevant to sentencing and to prepare for the hearing. The United States has conferred with defense counsel. There is no objection to this motion.

Dated:  September 4, 2025

                                               JENNIFER KLEMETSRUD PUHL
                                               Acting United States Attorney

                    By:    */s/ Matthew P. Kopp*
                                MATTHEW P. KOPP
                                Assistant United States Attorney
                                ND Bar ID 09572
                                655 First Avenue North, Suite 250
                                Fargo, ND  58102-4932
                                (701) 297-7400
                                matthew.kopp@usdoj.gov
                                Attorney for United States